United States Courts
Southern District of Texas
FILED
*November 10, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CHASE RICHARD HAWKINS,**

Defendant.

**Case No. 4:26-cr-730**

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
**(Sex Trafficking of Children)**

From on or about July 2024, through on or about May 8, 2025, in the Southern District of Texas, the defendant,

**CHASE RICHARD HAWKINS**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit Minor Victim 1, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

**COUNT TWO**
**(Sexual Exploitation of Children)**

From on or about December 2024, through on or about May 8, 2025, in the Southern District of Texas, the defendant,

**CHASE RICHARD HAWKINS**

did, and attempted to, employ, use, persuade, induce, entice and coerce a minor, to wit: Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

**NOTICE OF FORFEITURE**
**18 U.S.C. § 2253(a)**

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count One through Count Two of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One through Count Two; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One through Count Two, or any property traceable to such property, including, but not limited to, the following:

Black Moto G Quad Pixel Android Phone: IMEI: 354581949806500
Blue Apple iPhone: IMEI: 350496308789037.

**18 U.S.C. §1594(d)**

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to Defendant that upon his conviction for the offense charged in Count 1 and Count 2, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States intends to seek the imposition of a money judgment against Defendant. Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of Defendant up to the amount of the money judgment against Defendant.

**A TRUE BILL.**

ORIGINAL SIGNATURE ON FILE

______________________________

**FOREPERSON OF THE GRAND JURY**

DATED: 11/10/2026
Houston, Texas

AARON F. REITZ
United States Attorney

Carrie Law

______________________________

Carrie Law
Special Assistant United States Attorney
Eun Kate Suh
Assistant United States Attorney
Southern District of Texas